# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GALAN E. LANGLEY**  **PLAINTIFF**
**ADC #501160**

v.  No: 3:24-cv-00138-LPR-PSH

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

On November 5, 2024, summonses were returned unexecuted as to defendants Major Warner and SURS Drug Counselor Rogers (Doc. Nos. 32-33). Their last known addresses were provided under seal. Accordingly, service will be attempted at those addresses. The Clerk of the Court is directed to prepare summonses for Warner and Rogers, and the United States Marshal is hereby directed to serve a summons, a copy of the amended complaint (Doc. No. 14), and the accompanying declarations (Doc. Nos. 16-18) on each of them without prepayment of fees and costs or security therefor.

IT IS SO ORDERED this 7th day of November, 2024.

_____
UNITED STATES MAGISTRATE JUDGE