# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GALAN E. LANGLEY**  **PLAINTIFF**
**ADC #501160**

v.  No: 3:24-cv-00138-LPR-PSH

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

On January 23, 2025, defendant Jonathan Warner moved for leave to file an answer out of time (Doc. No. 69) and filed his Answer (Doc. No. 70). For good cause, the motion is GRANTED. The Clerk of Court is directed to update the docket sheet for this case with defendant Warner's full name.

IT IS SO ORDERED this 23rd day of January, 2025.

_____
UNITED STATES MAGISTRATE JUDGE