# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**GALAN E. LANGLEY**  **PLAINTIFF**
**ADC #501160**

v.  No. 3:24-cv-00138-LPR-PSH

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Patricia S. Harris (Doc. 20) and the Plaintiff's Objections (Docs. 21–23). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Fourteenth Amendment due process claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE