IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GALAN E. LANGLEY**                                                                                    **PLAINTIFF**
**ADC #501160**

v.                                        No. 3:24-cv-00138-LPR-PSH

**DEXTER PAYNE,** *et al.*                                                                          **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Patricia S. Harris (Doc. 57). No objections have been filed, and the time to do so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.

Accordingly, Plaintiff's Motion for a Preliminary Injunction (Doc. 15) is DENIED. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 29th day of January 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE