## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**GALAN E. LANGLEY**  **PLAINTIFF**
**ADC #501160**

v.                           No: 3:24-cv-00138-LPR-PSH

**DEXTER PAYNE,** *et al.*  **DEFENDANTS**

### ORDER

Before the Court is a motion by Plaintiff Galan E. Langley to compel discovery (Doc. No. 83). Langley states that he sent interrogatories to defendants' counsel on January 3, 2025, but has not received answers. On January 14, 2025, the Court stayed discovery in this matter unless it relates to exhaustion of administrative remedies. *See* Doc. No. 67. Langley does not attach the interrogatories he mailed on January 3, 2025, and does not otherwise describe the information he sought in these interrogatories. Unless the discovery Langley seeks relates to exhaustion, he must wait until any motions concerning exhaustion are decided and the stay is lifted before resuming discovery.

Langley also should note that before filing a motion to compel discovery, a plaintiff must attempt to confer with the defendants in good faith to resolve the specific issues in dispute. *See* Fed. R. Civ. P. 37(a)(1), (4); Local Rule 7.2(g). In his most recent motion, Langley does not allege that he attempted to confer with

defendants before filing his motion to compel. Filing a motion to compel does not constitute an attempt to resolve discovery disputes in good faith.

For these reasons, Langley's motion to compel (Doc. No. 83) is DENIED.

IT IS SO ORDERED this 18th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE