# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**GALAN E. LANGLEY**  **PLAINTIFF**
**ADC #501160**

v.　　　　　　　No: 3:24-cv-00138-LPR-PSH

**DEXTER PAYNE,** *et al.*　　　　　　　**DEFENDANTS**

## ORDER

The Clerk of the Court is directed to prepare summonses for Gary Musselwhite, Robert Pierce, and Jimmy Coleman, and the United States Marshal is hereby directed to serve a summons on each of them without prepayment of fees and costs or security therefor. Defendants should be served through the ADC Compliance Division.[1] One copy of the Third Amended Complaint (Doc. No. 110) along with a copy of this order shall be sent to the ADC Compliance Division with these summonses.

IT IS SO ORDERED this 22nd day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] If the defendant is no longer an ADC employee, the individual responding to service must file a **SEALED** Statement providing the unserved defendant's last known private mailing address.