IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**GALAN E. LANGLEY**                                                                                      **PLAINTIFF**
**ADC #501160**

v.                                             Case No: 3:24-cv-00138-LPR-PSH

**DEXTER PAYNE,** *et al.*                                                                               **DEFENDANTS**

## ORDER

Plaintiff Galan E. Langley filed a *pro se* complaint on August 2, 2024, while incarcerated at the North Central Unit of the Arkansas Division of Correction.[1] In an initial Order, the Court notified Mr. Langley of his duty to promptly notify the Clerk and the parties of any change in his address.[2] The Court also warned Mr. Langley that, if any communication sent to him from the Court is not responded to within 30 days, his case may be dismissed without prejudice.[3] On October 25, 2024, Mr. Langley notified the Court of his new address at the ADC's Cummins Unit.[4] On September 24, 2025, the Court entered a text Order noting that Mr. Langley is no longer listed as an inmate at the Cummins Unit on the ADC's website and directing Mr. Langley to provide notice of his current mailing address within thirty days.[5]

Mr. Langley has not complied with, or otherwise responded to, the Court's September 24, 2025 Order, and the time for doing so has expired. Mr. Langley's Complaint is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 6) at 1.  The Order was entered by United States Magistrate Judge Patricia S. Harris.

[3] *Id.*

[4] Notice (Doc. 26).

[5] Order (Doc. 126).  The Order was entered by United States Magistrate Judge Patricia S. Harris.

Rules of Civil Procedure.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

The Court will withhold entry of final judgment until December 10, 2025.  If Mr. Langley updates his address by that time, the Court will reconsider this Order.  Otherwise, the Court will enter final judgment dismissing the case.  The Court is delaying final judgment because it is hard to believe Mr. Langley—after pushing his case forward for so long—would fail to comply with this Court's Order and the Local Rules understanding the result of such failures would be dismissal.  The Magistrate Judge already warned him of that potential result.  But the Court wants to give Mr. Langley one final chance in light of his long activity in this case.

IT IS SO ORDERED 19th day of November 2025.

*[signature]*
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE